UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL FARRAD SIMMONS,

                Plaintiff,

      -v.-                                20 Civ. 5929 (KPF)

MARTIN KLEINMAN; MS. ANGELA;         ORDER
DELORES HOLLINGSWORTH; UNITED
HEALTHCARE,

                Defendants.

KATHERINE POLK FAILLA, District Judge:

    There is a pre-motion conference scheduled in this action for December 17, 2020, at 11:00 a.m. However, Plaintiff has informed the Court, in two *ex parte* email and telephone communications, that due to certain medical issues, Plaintiff has been unable to respond to the Defendants' pre-motion letter submissions and will be unable to attend the pre-motion conference. Plaintiff now requests an extension of time to amend his Complaint. The Court hereby GRANTS Plaintiff's application, and directs Plaintiff to submit his amended complaint on or before February 17, 2021. Moreover, the pre-motion conference is ADJOURNED *sine die*. The Court extends Plaintiff its best wishes.

    On this single occasion, the Court will email this Order to Plaintiff. Future *pro se* communications must be made using the Pro Se Intake Unit.

SO ORDERED.

Dated: December 16, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge